UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELISABETH NORRIS, | ) | No. CV 07-02741 (SS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED AND REMANDED to the Commissioner for further proceedings consistent with this Court's Memorandum Decision and Order.

DATED: February 14, 2008.

/S/
_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE